UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN L. STEUERWALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:15-cv-00273-TWP-DML |
| | ) |
| CAROLYN COLVIN Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

The Court having this day made its order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The final decision of the Defendant, Carolyn W. Colvin, Commissioner of Social Security, regarding Plaintiff, Karen L. Steuerwald, is **AFFIRMED**.

**SO ORDERED.**

Date: 11/23/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Justin J. Kosiba
HENSLEY LEGAL GROUP, P.C.
jkosiba@hensleylegal.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov